# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LUNA, | 1:08-cv-00377 AWI DLB HC |
|     Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION DISMISSING ACTION FOR FAILURE TO COMPLY WITH COURT ORDER |
|     v. | |
| STATE OF CALIFORNIA, | [Doc. 6] |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 15, 2008, the Magistrate Judge issued Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED for failure to comply with a court order. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 15, 2008, is ADOPTED IN FULL;

1  2.  The Petition for Writ of Habeas Corpus is DISMISSED; and,

2  3.  The Clerk of the Court is DIRECTED to close this action, thereby terminating it

3      in its entirety,

IT IS SO ORDERED.

**Dated:   July 11, 2008**                           **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE